**Motion GRANTED.**

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-00215 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| FRANCISCO ZUNIGA-LEIJA | ) | |

## UNITED STATES' MOTION TO DISMISS COUNT IN SUPERSEDING INDICTMENT

Comes now the United States of America, and moves to dismiss the count in the superseding indictment as to defendant Francisco Zuniga-Leija.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

s/ *Blanche B. Cook*
BLANCHE B. COOK
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151