**Motion GRANTED. Hearing reset for 3/8/13 at 3:00 p.m.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-cr-00215 |
| v. | ) | JUDGE ALETA A. TRAUGER |
| | ) | |
| FRANCISCO ZUNIGA-LEIJA | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant, through counsel, and without opposition from the government moves for an order continuing the March 1, 2013 sentencing hearing and related sentencing filing deadlines until March 8, 2013 at 3:00 p.m. Defendant's counsel is informed that AUSA Cook has recently developed a work related conflict that would prevent her attendance on March 1. Counsel for both parties agree that AUSA Cook's presence at defendant's sentencing hearing is necessary.

WHEREFORE, PREMISES CONSIDERED, defendant moves that his March 1, 2013 sentencing hearing be continued until March 8, 2013 at 3:00 p.m.

RESPECTFULLY SUBMITTED,

s/ Stephanie H. Gore
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)
Counsel for Defendant
**Terry & Gore**
1200 16th Avenue, South
Nashville, TN 37212
(615) 321-2750 office
(615) 250-4915 fax